IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL ACTION NO. 13-00599 |
| STEPHEN OLIMPI | |

### ORDER

**AND NOW**, this 7th day of February, 2019, after consideration of Stephen Olimpi's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255, (ECF No. 75), the Government's Response, (ECF No. 79), and Olimpi's Motion for Appointment of Counsel, (ECF No. 74), it is **ORDERED** that:

1) Olimpi's Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255, (ECF No. 75), is **DENIED** and a certificate of appealability **SHALL NOT** issue;

2) Olimpi's Motion for Appointment of Counsel, (ECF No. 74), is **DENIED**;

3) The clerk of court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.